```
                         United States Bankruptcy Court
                              District of Maryland
In re:                                                      Case No. 19-14173-WIL
Janet Stacy Kaplan                                          Chapter 7
Michael Richard Kaplan
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-0          User: mrybczyns            Page 1 of 1            Date Rcvd: Jul 16, 2019
                              Form ID: pdfall            Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
```
db/db         +Janet Stacy Kaplan,   Michael Richard Kaplan,   3643 Islington Street,
                Frederick, MD 21704-7009
r             +Patrick Butler,   BK Global Real Estate Services,   1095 Broken Sound Parkway, NW,   Suite 200,
                Boca Raton, FL 33487-3503
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
              +E-mail/Text: ustpregion04.gb.ecf@usdoj.gov Jul 16 2019 20:56:18     Office of the US Trustee,
                6305 Ivy Lane, Ste 600,   Greenbelt MD 20770-6305
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
```
              Kevin K. Shipe    bk@shipebushlaw.com,   shannon@shipebushlaw.com,ShipeBush@jubileebk.net
              Lynn A. Kohen    lynn.a.kohen@usdoj.gov
              Merrill  Cohen    trustee@cohenbaldinger.com,  mcohen@ecf.axosfs.com
              Ruth O. Katz    rokatz@lerchearly.com,  kdlevy@lerchearly.com
              US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
                                                                                             TOTAL: 5
```

Entered: July 15th, 2019
Signed: July 15th, 2019

**SO ORDERED**



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re: ) | |
| ) | |
| JANET STACY KAPLAN ) | Case No. 19-14173-WIL |
| MICHAEL RICHARD KAPLAN ) | Chapter 7 |
| ) | |
| Debtors ) | |
| _____ ) | |

**ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND STRUCTURED REALTY LLC TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330**

Upon the Application of Merrill Cohen, the trustee in the above-captioned case ("Trustee"), to Retain BK Global Real Estate Services and Structured Realty, LLC to Procure Consented Public Sale pursuant to 11 U.S.C. §§327, 328 and 330 (the "Application"), and the Court having reviewed and considered the Application and the Affidavit of Disinterestedness and found the same to be in the best interest of the Debtors and creditors of the estate, and having found good and sufficient cause to grant the requested relief, the United States Bankruptcy Court for the District of Maryland the Court hereby FINDS as follows:

    A.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2).

    B.    Venue of this Chapter 7 case and the Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

      C.      Notice of the Application was adequate and proper under the circumstances.

      D.      BKRES[1] and Listing Agent are disinterested persons within the meaning of Bankruptcy Code Section 101(14).

ACCORDINGLY, based upon the foregoing findings of fact, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED, that the Application be and is hereby GRANTED, and it is further

ORDERED, that the Trustee is authorized to retain and compensate BKRES and local licensed Listing Agent to provide the necessary professional assistance and representation required by the Trustee to fulfill the Trustee's duties pursuant to 11 U.S.C. §704 in order to procure Secured Creditor's Consent, and otherwise market and sell the Property, in Debtors' Chapter 7 case pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code, and Bankruptcy Rules 2014 and 2016, in accordance with the terms and conditions set forth in the BKRES Agreement, the Listing Agreement and this Order.  BKRES and Listing Agent shall not split or otherwise share their fees with any other person or entity, and it is further

ORDERED, that BKRES and Listing Agent shall be compensated in accordance with the BKRES Agreement and Listing Agreement, respectively, and such compensation shall not hereafter be subject to challenge except under the standard of review set forth in Section 330 of the Bankruptcy Code, and it is further

ORDERED, that BKRES and Listing Agent shall be authorized to receive and retain their fees from Secured Creditor at the successful closing of the sale of the Property without necessity of further order of the Court.  The estate shall, in no circumstance, be obligated to compensate BKRES or Listing Agent in such event and BKRES and Listing Agent shall not have a claim

---

[1] Defined terms not otherwise defined herein have the meanings given to them in the Application and the Affidavit.

against the estate for any unpaid amounts. BKRES and Listing Agent, and anyone claiming by, through or under either of them, shall only have recourse for recovering its fee to Secured Creditor. The estate shall have no liability for any such claim, and it is further

ORDERED, that the Trustee is hereby authorized to engage Brokers BKRES and Listing Agent to provide reasonable and necessary property preservation, maintenance, and upkeep services to the subject estate Property to facilitate the sale of the Property for the benefit of the Secured Creditor(s) and bankruptcy estate, and to reimburse the Brokers in a maximum amount not to exceed $500.00 for the approved reasonable, necessary costs and expenses of preserving, or disposing of, the subject Property, without the need for further Order, and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

cc:

Merrill Cohen, Trustee
Debtor
Debtor's Attorney
United States Trustee

**END OF ORDER**