IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In Re: | : |
| | : |
| JANET STACY KAPLAN | :   Case No.  19-14173-WIL |
| MICHAEL RICHARD KAPLAN | :   Chapter 7 |
| | : |
| Debtors | : |

TRUSTEE'S MOTION TO REOPEN CHAPTER 7 CASE

Merrill Cohen, Chapter 7 Trustee, who files this Motion to Reopen and in support thereof states as follows:

1. On March 28, 2019, the debtors filed a case under Chapter 7 and the undersigned was appointed as Trustee.

2. The Trustee filed a Trustee's Report of No Distribution on November 7, 2019, and this Court entered a Final Decree closing this case on that date.

3. Prior to filing the Trustee's Report of No Distribution, the Trustee obtainedd a contract to sell the debtors' real property located at 3643 Islington Street, Frederick, MD 21704 (the "Property").  The proposed sale was a "short sale" and the Trustee retained BK Global to represent the Trustee to negotiate with the lenders on the Property to approve the short sale.  On November 6, 2019, BK Global advised the Trustee that the secured creditor would not consent to the short sale as proposed by the Trustee.  Accordingly, the Trustee filed the Report of No Distribution the next day and the case was closed.

4. Despite having the short sale rejected, BK Global appealed the lender's decision. BK Global has advised the Trustee that the secured creditors have reconsidered and the short

1

sale has been approved. According to the terms of the approved short sale, the estate will receive $15,000 from the proposed sale.

5. The Trustee seeks to re-open this Chapter 7 case in order to proceed with the sael of the Property and properly administer the proceeds from such sale for the benefit of the estate.

WHEREFORE, the Trustee requests that this case be reopened and that he be reappointed by the U.S. Trustee to proceed with the sale of the Property.

                                         /s/ Merrill Cohen
                                         Merrill Cohen
                                         2600 Tower Oaks Blvd.
                                         Suite 103
                                         Rockville, MD   20852
                                         (301) 881-8300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Application will be served electronically via the Court's CM/ECF system on the following:

Kevin M. Shipe, Esq., Attorney for Debtor

I HEREBY FURTHER CERTIFY that on this 4th day of February, 2020, a copy of the foregoing Application was mailed first class mail, postage prepaid to: Janet S. Kaplan and Michael R. Kaplan, 3643 Islington Street, Frederick, MD 21704; and Office of the United States Trustee, 6305 Ivy Lane, Ste. 600, Greenbelt, MD 20770.

                                         /s/ Merrill Cohen
                                         Merrill Cohen