UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In Re:  Janet Stacy Kaplan                          Case No. 19-14173
        and Michael Richard Kaplan                  Chapter 7

## LINE OF APPEARANCE

Please enter the appearance of Kevin Feig, Esq. and McCabe, Weisberg & Conway, LLC, as counsel for the secured creditor, <u>MATRIX FINANCIAL SERVICES CORP.,</u> and add our name to the Mailing Matrix to receive copies of all Motions, Orders, Plans, and Notices filed herein.

*/s/ Kevin Feig, Esq.*
Kevin Feig, Esq.
Attorney for Creditor
Bar No. 15202
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2020 I reviewed the Court's CM/ECF system and it reports that an electronic copy

of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Merrill Cohen
Cohen, Baldinger & Greenfeld, LLC
2600 Tower Oaks Blvd
Suite 103
Rockville, MD  20852
trustee@cohenbaldinger.com

Kevin K. Shipe, Esq.
Law Offices of Shipe & Bush, P.C.
3528 Worthington Blvd., #101
Frederick, MD  21704
bk@shipebushlaw.com

I hereby further certify that on the 4th day of March, 2020, a copy of the foregoing pleading was also mailed first class mail,

postage prepaid to:

Janet Stacy Kaplan
3643 Islington Street
Frederick, MD  21704
(Via U.S Mail)

and

Michael Richard Kaplan
3643 Islington Street
Frederick, MD  21704
(Via U.S. Mail)

*/s/ Kevin Feig, Esq.*
Kevin Feig, Esq.
