UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

In Re:   Janet Stacy Kaplan and                   Case No. 19-14173-LSS
         Michael Richard Kaplan                   Chapter 7

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**LIMITED OBJECTION TO TRUSTEE'S MOTION FOR AUTHORITY
TO SELL PROPERY OF THE ESTATE
Real Property at 3643 Islington Street, Frederick, Maryland, 21074**

MATRIX FINANCIAL SERVICES, Respondent, (Flagstar Bank, FSB), Servicer ("Secured Creditor") by and through undersigned counsel files this Limited Objection to the Chapter 7 Trustee's Motion for Authority to Sell Property of the Estate, and states as follows:

1. On March 20, 2020 the Chapter 7 Trustee filed a Motion for Authority to Sell Property of the Estate.

2. In the Motion the Chapter 7 Trustee correctly asserts that Secured Creditor agrees to accept a short sale on its Note secured by the property known as 3643 Islington Street, Frederick, Maryland, 21074 (the "Property") – so long as it receives no less than $305,548.00.

3. Acceptance of the short payoff is conditioned on the proceeds of the sale being received on, or before, May 11, 2020.

4. The Chapter 7 Trustee, in preparing the proposed order, inadvertently misstates the amount that Secured Creditor has agreed to accept as a short payoff. Specifically, the proposed order states: "…and the balance of the net sale proceeds paid to Flagstar Bank in an amount of not less than **$156,295.71**…" *emphasis added* (Doc. 44-3, page 3 of Proposed Order).

5. Secured Creditor is not opposed to the entry of an order allowing the Chapter 7 Trustee to sell the Property, so long as said Order correctly states the amount Secured Creditor has agreed to accept as a short payoff, $305,548.00 – and, so long as the Order states that said funds must be tendered to Secured Creditor on, or before, May 11, 2020.

DATE: April 10, 2020                    */s/ Kevin Feig, Esq. (kf)*
                                        Kevin Feig, Esq.
                                        Attorney for Movant
                                        Bar No. 15202

19-601855

> McCabe, Weisberg & Conway, LLC
> 312 Marshall Avenue, Suite 800
> Laurel, MD 20707
> 301-490-1196
> bankruptcymd@mwc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Merrill Cohen
Cohen, Baldinger & Greenfeld, LLC
2600 Tower Oaks Blvd.
Suite 103
Rockville, MD 20852
301-881-8300
trustee@cohenbaldinger.com

Kevin K. Shipe
Law Offices of Shipe & Bush, P.C.
3528 Worthington Blvd #101
Frederick, MD 21704
301-874-9030
bk@shipebushlaw.com

I hereby further certify that on the 10th day of April 2020, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Janet Stacy Kaplan
3643 Islington Street
Frederick, MD 21704
(Via U.S Mail)

Michael Richard Kaplan
3643 Islington Street
Frederick, MD 21704
(Via U.S Mail)

> */s/ Kevin Feig, Esq.*
> Kevin Feig, Esq.

19-601855