**SO ORDERED**

Order is modified.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| JANET STACY KAPLAN | * | Case No. 19-14173-LSS |
| MICHAEL RICHARD KAPLAN | * | (Chapter 7) |
| | * | |
| Debtors, | * | |

### ORDER SHORTENING PERIOD FOR RESPONSES TO TRUSTEE'S MOTION TO SELL ESTATE PROPERTY

Upon the Motion by Merrill Cohen, Chapter 7 Trustee for the estate of Janet Stacy Kaplan and Michael Richard Kaplan (the "Debtors"), requesting an Order shortening the period for responses or objections to the Trustee's Motion to Sell Estate Property, and the Court finding that the motion states good cause to grant the requested relief, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED that the period for responses to the Trustee's Sale Motion is hereby shortened, such that responses to the Sale Motion are due by Thursday, May 14, 2020.

cc: All parties on mailing matrix.

**END OF ORDER**